**J. R. PETERS v. A. G. RILEY and L. M. Stratton.**

No. 6346.

Circuit Court of Appeals, Sixth Circuit.

Dec. 12, 1933.

R. Lee Bartels, of Memphis, Tenn., for appellant.

H. J. Livingston and S. M. Neely, both of Memphis, Tenn., for appellees.

PER CURIAM.

Order of District Court affirmed.

**PETRIE TRANSPORTATION COMPANY, Inc., Appellee, v. COLONIAL SAND & STONE COMPANY, Appellant.**

No. 381.

Circuit Court of Appeals, Second Circuit.

April 2, 1934.

Single, Atkins & Tyler, of New York City (Christopher E. Heckman, of New York City, of counsel), for appellant.

William F. Purdy, of New York City (Frank C. Mason, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

**Pete RAND, Appellant, v. UNITED STATES of America.**

No. 9892.

Circuit Court of Appeals, Eighth Circuit.

March 17, 1934.

Charles W. Bowers, of Des Moines, Iowa, and William P. Welch, of Logan, Iowa, for appellant.

R. W. Colflesh, U. S. Atty., and Ray C. Fountain, Asst. U. S. Atty., both of Des Moines, Iowa, and Frank F. Wilson, Asst. U. S. Atty., of Mt. Ayr, Iowa.

PER CURIAM.

Cause remanded to District Court, with directions to vacate that part of judgment which sentences appellant and to dismiss indictment as to him.

**Mario REDAELLI v. UNITED STATES of America.**

No. 6565.

Circuit Court of Appeals, Sixth Circuit.

March 15, 1934.

Henry Lavine, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Judgment of District Court reversed and cause remanded, with instruction to dismiss the indictment.